```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 01795
   ANTHONY RAMOS
   TIFFENE RAMOS                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-1070    SSN XXX-XX-9416

-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/15/08 .

     2.  The case was dismissed without confirmation, 06/27/2008.

     3.  The Debtor paid a total of $    858.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | .00 | .00 | 638.25 |
| FIRST MIDWEST BANK | SECURED VEHIC | .00 | .00 | 169.98 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| FARHAT SCHAEFER | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| AFFILIATED REALTY & MGNT | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CHASE CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION CO OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| HOBSON DENTAL ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| IPC OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS J VLOCH | UNSECURED | NOT FILED | .00 | .00 |
| M&M ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |

```
MICHAEL SABATH              UNSECURED     NOT FILED              .00         .00
MID AMERICA CARDIOVASCUL    UNSECURED     NOT FILED              .00         .00
NAPERVILLE RADIOLOGISTS     UNSECURED     NOT FILED              .00         .00
NICOR GAS                   UNSECURED     NOT FILED              .00         .00
NICOR GAS                   UNSECURED     NOT FILED              .00         .00
OAKLAWN RADIOLOGISTS        UNSECURED     NOT FILED              .00         .00
PALOS HEIGHTS INTERNISTS    UNSECURED     NOT FILED              .00         .00
PELLETTIERI & ASSOC         UNSECURED     NOT FILED              .00         .00
HINSDALE HOSPITAL CARDIO    UNSECURED     NOT FILED              .00         .00
PROFESSIONAL ACCOUNT MGM    UNSECURED     NOT FILED              .00         .00
SAMS CLUB                   UNSECURED     NOT FILED              .00         .00
SEARS BKRUPTCY RCVRY MGM    UNSECURED     NOT FILED              .00         .00
SEVENTH AVENUE              UNSECURED     NOT FILED              .00         .00
STATE COLLECTION SERVICE    UNSECURED     NOT FILED              .00         .00
SUBURBAN RADIOLIGISTS       UNSECURED     NOT FILED              .00         .00
SURGICAL CONSULTANTS OF     UNSECURED     NOT FILED              .00         .00
TARGET                      UNSECURED     NOT FILED              .00         .00
TRUSTMARK RECOVERY SRV      UNSECURED     NOT FILED              .00         .00
WEST ASSET MANAGEMENT       UNSECURED     NOT FILED              .00         .00
```

Summary of disbursements:

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|--------:|---------:|----------:|------:|------:|
| TOTAL CLMS ALLOWED |     .00 |      .00 |       .00 |   .00 |   .00 |
| PRINCIPAL PAID     |  808.23 |      .00 |       .00 |   .00 | 808.23 |
| INTEREST PAID      |     .00 |      .00 |       .00 |   .00 |   .00 |
| TOTAL PAID         |  808.23 |      .00 |       .00 |   .00 | 808.23 |

The Debtor's attorney, MYLER RUDDY & MCTAVISH           , was allowed $   3500.00
and was paid $   1226.00   direct and $        .00  through the plan.

The Trustee received $    49.77 .

Refunds to the Debtor totaled $        .00 .




Dated: 09/10/08                        /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                              PAGE   3
       CASE NO. 08 B 01795 ANTHONY RAMOS & TIFFENE RAMOS
```